PAGE (P) 1 SIDE (S) 1 PESTS CASE (P1S1PC)

IN THE UNITED STATES

DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

ALBERT CURTIS MILLS

DIVISION OF CORRECTION

NUMBER 173-446

STATE IDENTIFICATION

NUMBER 379365

NORTH BRANCH CORRECTIONAL

INSTITUTION

14100 McMULLEN HIGHWAY,

SOUTHWEST.

CUMBERLAND, MARYLAND 21502

(SEE P1S2 ~~~~~~ PC OVER)

(SP1S2 ● PCO)

\* PLAINTIFF

P152PC
\*

VERSUS

JEFF NINES, WARDEN

BETHANY CORNACHIA, ASSISTANT WARDEN

RONALD STOTLER, CHIEF OF SECURITY

GORDEN, MAJOR

BRADON CAPLE, CAPTAIN

VAUGHN WHITEMAN, LIEUTENANT

CROWE, SERGANT

NORTH BRANCH CORRECTIONAL INSTITUTION

14100 McMULLEN HIGHWAY, SOUTHWEST

(SP251PC)

P251PC

CUMBERLAND, MARYLAND 21502

JOHN DOE, COMMISSIONER

MARY DOE, COMMISSIONER

6776 REISTERSTOWN ROAD,

SUITE 310

BALTIMORE, MARYLAND 21215

ROBIN WOOLFORD,

DEPUTY DIRECTOR

MARYLAND DEPARTMENT OF

PUBLIC SAFETY AND

CORRECTIONAL SERVICES

INCARCERATED INDIVIDUALS

GRIEVANCE OFFICE.

6776 REISTERSTOWN ROAD,

(SP252PCO)

* DEFENDANTS,

P252PC

SUITE 200A

BALTIMORE, MARYLAND 21215

* SUED IN THEIR INDIVIDUAL AND

OFFICIAL CAPACITIES

JURY TRIAL DEMANDED

CASE NUMBER

VERIFIED COMPLAINT FOR

CONSTITUTIONAL DAMAGES

INTRODUCTION

THIS IS A §1983 ACTION

FILED BY PLAINTIFF ALBERT

MILLS, A STATE PRISONER,

ALLEGING VIOLATION OF HIS

CONSTITUTIONAL RIGHTS

(SP351PC)

P35IPC

TO RECEIVE A SANITARY

ENVIRONMENT AND SEEKING

~~~~ MONEY DAMAGES.

EXHAUSTION OF AVAILABLE

REMEDIES

PLAINTIEFF EXHAUSTED HIS

ADMINISTRATIVE REMEDIES

BEFORE FILING HIS

COMPLAINT.

FACTUAL STATEMENT

FROM 3-21-21 TO 4-19-21 MY

CELL IS INFESTED WITH ANTS

AND SPIDERS AND MICE AND

FLYS ETC. ~~~~~~~~~~ NINES

(SP352PCO)

P352PC

AND CORNACHIA AND STOTLER AND GORDEN AND CAPLE AND WHITEMAN AND CROWE ARE RESPONSIBLE FOR THE INFESTATION OF ANTS ETC. JOHN OR MARY DOE AND WOOLFORD DISMISSED MY CASE.

RELIEF REQUESTED

WHEREFORE, PLAINTIFF REQUESTS THAT THE COURT GRANT THE FOLLOWING RELIEF:

AWARD COMPENSATORY DAMAGES (SP451PC)

P451PC

IN THE FOLLOWING AMOUNT:

$5,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS NINES AND CORNACHIA AND STOTLER AND GORDEN AND CAPLE AND WHITEMAN AND CROWE FOR THE CLAIM OF THE VIOLATION OF MILLS' EIGHTH AMENDMENT RIGHT SET OUT IN THE FACTUAL STATEMENT ABOVE, FOR:
PESTS
^~~⬛~~ INFESTATION, CONSISTENTLY WITH 42 U.S.C. ~~⬛⬛⬛⬛⬛~~ (SP551PC)

\* AMOUNTS:

~~[scribbled out]~~ P55IPC

§ 1997e(e), THE PLAINTIFF DOES NOT SEEK ADDITIONAL COMPENSATORY DAMAGES FOR MENTAL OR EMOTIONAL INJURY RESULTING FROM THE ABOVE DESCRIBED INJURY.

B. AWARD PUNITIVE DAMAGES IN THE FOLLOWING ~~[scribbled out]~~ * $5,000 EACH AGAINT DEFENDANTS NINES 50 CORNACHIA 50 ~~[scribbled out]~~ STOTLER 50 GORDEN 50 CAPLE 50 WHITEMAN 50 CROWE 50

~~[scribbled out]~~ (SP65IPC)

~~########~~ PG 51 PC

JOHN OR MARY DOE SO WOOLFORD.

C. GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THAT PLAINTIFF IS ENTITLED.

PURSUANT TO U.S.C. 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

*Albert Curtin Mill*

DATE 7-24-24